UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Elizabeth Honigsberg,<br><br>    Plaintiff<br><br>v.<br><br>John<br><br>    Defendants | Docket No. 1:23-cv-00515 |

**NOTICE OF FILING OF NOTICE OF REMOVAL TO PLAINTIFF'S COUNSEL**

*VIA EMAIL TO:*

TO:   Samantha J. Heuring, Esq.
      Shaheen & Gordon
      353 Central Ave., Suite 200
      PO Box 977
      Dover, NH 03821
      sheuring@shaheengordon.com

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§1441 and 1446, DEFENDANTS SOUTHERN NEW HAMPSHIRE HEALTH SYSTEM, INC., SOUTHERN NEW HAMPSHIRE MEDICAL CENTER; AND FOUNDATION MEDICAL PARTNERS, INC., have this day filed in the Clerk's Office of the United States District Court for the District of New Hampshire, Concord, New Hampshire, a Notice of Removal of this case, as shown by copy attached, and in accordance with the above statute, the State Court proceedings should proceed no further herein, unless and until the case is remanded.

        Respectfully Submitted,

        SOUTHERN NEW HAMPSHIRE HEALTH SYSTEM, INC.; SOUTHERN NEW HAMPSHIRE MEDICAL CENTER; AND FOUNDATION MEDICAL PARTNERS, INC.

        By their attorneys,

        JACKSON LEWIS P.C.,

Date:  November 16, 2023        By: /s/ John D. Prendergast
        John D. Prendergast (Bar no. 266236)
        100 International Drive, Suite 363
        Portsmouth, NH 03801
        603.559.2700
        John.Prendergast@jacksonlewis.com

4885-6655-9372, v. 1