STATE OF NEW HAMPSHIRE

| | |
|---|---|
| HILLSBOROUGH, SS<br>SOUTHERN DISTRICT | SUPERIOR COURT |

Elizabeth Honigsberg,

    Plaintiff

v.   Docket No. 226-2022-CV-00357

Southern New Hampshire Health System, Inc.;
Southern New Hampshire Medical Center; and
Foundation Medical Partners, Inc.

    Defendants

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:   Amy M. Feliciano, Clerk
        Hillsborough County Superior Court South
        30 Spring Street
        Nashua, NH 03060

      PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§1441 and 1446 DEFENDANTS SOUTHERN NEW HAMPSHIRE HEALTH SYSTEM, INC., SOUTHERN NEW HAMPSHIRE MEDICAL CENTER; AND FOUNDATION MEDICAL PARTNERS, INC., by and through their attorneys, JACKSON LEWIS P.C., have this day filed in the Clerk's Office of the United States District Court for the District of New Hampshire, Concord, New Hampshire, a Notice of Removal of this case, as shown by copy attached, and in accordance with the above statute, the State Court proceedings should proceed no further herein, unless and until the case is remanded.

Respectfully Submitted,

SOUTHERN NEW HAMPSHIRE HEALTH SYSTEM, INC.; SOUTHERN NEW HAMPSHIRE MEDICAL CENTER; AND FOUNDATION MEDICAL PARTNERS, INC.

By their attorneys,

JACKSON LEWIS P.C.,

Date:  November 16, 2023            By:    /s/ John D. Prendergast
                                           John D. Prendergast (Bar no. 266236)
                                           100 International Drive, Suite 363
                                           Portsmouth, NH 03801
                                           603.559.2700
                                           John.Prendergast@jacksonlewis.com

Certificate of Service

I hereby certify that the foregoing was served by electronic filing to all parties.

Date:  November 16, 2023            By:    /s/ John D. Prendergast
                                           John D. Prendergast (Bar no. 266236)

4877-9487-2972, v. 1